**Elizabeth WINKER, Appellant,**

v.

**The BOEING COMPANY, Defendant,**

**McDonnell Douglas Corporation, Appellee.**

**No. 00–1821.**

United States Court of Appeals, Eighth Circuit.

Submitted April 3, 2001.

Decided April 6, 2001.

Before BOWMAN, HANSEN, and BYE, Circuit Judges.

PER CURIAM.

Elizabeth Winker appeals from the district court's[1] dismissal of her claims under the Americans with Disabilities Act, the Missouri Human Rights Act, and the Labor Management Relations Act, and from its[2] adverse grant of summary judgment on her claim under the Rehabilitation Act. Because the district court treated the dismissal motion as a summary judgment motion, we review both orders de novo, *see Lynn v. Deaconess Med. Ctr.-W. Campus,* 160 F.3d 484, 486–87 (8th Cir.1998), and we conclude the district court's rulings were proper for the reasons stated in its orders. Accordingly, we affirm. *See* 8th Cir. R. 47B. We deny Winker's pending motions.

---

1. The Honorable Jean C. Hamilton, Chief Judge, United States District Court for the Eastern District of Missouri.

2. The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.